UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

LOUISE PRIVITERA,

      Plaintiff,

v.                                         Case No.  5:12-cv-7-Oc-32TBS

AMBER HILL FARM, L.L.C. and ELIZABETH
MANDARINO,

      Defendants.

_____/

## ORDER

Pending before the Court are (1) the Motion of Defendant Elizabeth Mandarino for an Extension of Time to Answer Plaintiff Louise Privitera's Interrogatories and Produce Documents (Doc. 12); (2) Plaintiff's Motion to Compel the Deposition of Mandarino (Doc. 16); and (3) Plaintiff's Motion to Compel Discovery Responses (Doc. 18).  On February 23, 2012, the Court conducted a telephonic hearing on these Motions.

For the reasons stated on the record at the hearing, it is hereby ORDERED:

(1)     Upon the parties' stipulation, the parties and their counsel are PROHIBITED from posting any information related to this action on the internet.

(2)     The Motion of Defendant Elizabeth Mandarino for an Extension of Time to Answer Plaintiff Louise Privitera's Interrogatories and Produce Documents (Doc. 12) and Plaintiff's Motion to Compel Discovery Responses (Doc. 18) are GRANTED to the extent that on or before March 1, 2012, Defendants shall provide full and complete responses to Plaintiff's Requests for Production and Interrogatories.

Defendants shall specifically identify any documents that they know exist but they are not producing at this time because they are kept in New Jersey.

(3)      Plaintiff's Motion to Compel the Deposition of Mandarino (Doc. 16) is GRANTED to the extent that on or before March 1, 2012, the parties shall confer and agree on mutually agreeable dates to conduct the depositions of Plaintiff and Defendants.  If the parties are unable to reach agreement, counsel for each party shall write a letter to the undersigned proposing dates for the depositions and the undersigned will set the deposition schedule.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on February 23, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel