UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

LOUISE PRIVITERA,

    Plaintiff,

v.                                                  Case No.  5:12-cv-7-Oc-32TBS

AMBER HILL FARM, L.L.C. and ELIZABETH
MANDARINO,

    Defendants.
_____/

ORDER

Pending before the Court is Plaintiff's Motion to Compel Inspection and Records of Horses (Doc. 28).  The Defendants have not filed a response to the motion and the time for them to respond has elapsed.  In some circumstances, this Court construes a failure to respond as consent to the relief requested in a motion but in this case, the Court will evaluate the motion with the assumption that it is opposed.  For the following reasons, the motion is due to be DENIED.

This lawsuit results from a partnership between Plaintiff and defendant, Elizabeth Mandarino to share equally the costs of ownership and the proceeds from the sale of three horses[1] purchased in Europe and shipped to the United States (Doc. 5, ¶ 14).

Plaintiff seeks a Court order (1) requiring the Defendants to produce the horses in Ocala, Florida for physical inspection and examination by a Florida licensed

---

[1] The parties agreement included a fourth horse which never arrived from Germany (Doc. 5, ¶ 15).

veterinarian, and (2) compelling the Defendants to give their written consent for Plaintiff to obtain the veterinary records for the horses.  Plaintiff's motion violates Local Rule 3.01(a) because it does not contain "a memorandum of legal authority in support of the request."

Plaintiff has been requesting these things, orally and in writing, from the Defendants since January, 2012 (Doc. 28).  However, Plaintiff has not propounded a Rule 34 Fed. R. Civ. P. request for production of the horses, Plaintiff has not attempted to subpoena the records from the veterinarian, and Plaintiff does not contend that any of the information she is seeking should have been produced pursuant to Rule 26 Fed. R. Civ. P.  Absent a violation of the Rules of Civil Procedure, some legal authority that has not been cited, or an agreement between the parties that is appropriate for the Court to enforce, the Court will not enter an Order compelling this discovery.  Therefore, Plaintiff's motion is DENIED.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on March 30, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel