UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

LOUISE PRIVITERA,

    Plaintiff,

v.                                                          Case No.  5:12-cv-7-Oc-32TBS

AMBER HILL FARM, L.L.C. and ELIZABETH
MANDARINO,

    Defendants.
_____/

ORDER

Pending before the Court is Defendants' Motion To Strike "Corrected Amended Complaint" (Doc. 32).  On January 12, 2012, Plaintiff filed her "Amended Complaint for Damages and Demand for Jury Trial." (Doc. 5).  Then, on February 27, 2012, Plaintiff filed her "Corrected Amended Complaint" (Doc. 25), which Defendants have moved to strike because it is actually a second amended complaint and Plaintiff failed to obtain leave of Court or consent from Defendants as required by Rule 15, Fed.R.Civ.P. (Doc. 32).

Now, Plaintiff has filed a "Notice of Withdrawing Corrected Amended Complaint" (Doc. 42)  in which she advises the Court that she is withdrawing the "Corrected Amended Complaint " and replacing it with a re-titled "Second Amended Complaint."  Plaintiff has filed this Second Amended Complaint. (Doc. 43).   Plaintiff states, "[t]his has been agreed upon between counsel for the Plaintiff and Defendants in response to Defendants Motion to Strike."

Based on this ambiguous filing, the Court is unclear as to whether the issues raised by the Motion to Strike have been completely resolved and whether the Second Amended Complaint (Doc 42) has been filed with consent of the Defendants. Within five (5) days of this Order, Plaintiff shall clarify the status of the pending Motion to Strike and whether she has filed the Second Amended Complaint with consent of Defendants, failing which, the Court will strike the Second Amended Complaint because it has been filed without leave of court in contravention of Rule 15, Fed.R.Civ.P.

IT IS SO ORDERED.

DONE AND ORDERED in Ocala, Florida, on April 13, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel