UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

LOUISE PRIVITERA,

    Plaintiff,

v.                                                         Case No. 5:12-cv-7-Oc-32TBS

AMBER HILL FARM, L.L.C. and ELIZABETH
MANDARINO,

    Defendants.
_____/

## ORDER

In response to the Court's Order (Doc. 44), Plaintiff filed a Notice (Doc. 45) advising that Defendants' Motion to Strike "Corrected Amended Complaint" (Doc. 32) is no longer at issue and that Defendants have consented to the filing of Plaintiff's Second Amended Complaint. Accordingly, the Clerk shall terminate Defendants' Motion To Strike "Corrected Amended Complaint" (Doc. 32) and the Second Amended Complaint (Doc. 43) shall stand as filed.

    IT IS SO ORDERED.

    DONE AND ORDERED in Ocala, Florida, on April 16, 2012.

THOMAS B. SMITH
United States Magistrate Judge

Copies to all Counsel